**Locke Lord Bissell & Liddell LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - – SAN FRANCISCO DIVISION

| | |
|---|---|
| MAR PARTNERS 1, LLC, | CASE NO. 3:10-cv-02906-WHA |
| | Hon. William Alsup |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] **ORDER REGARDING DEADLINE TO COMPLETE ADR** |
| AMERICAN HOME MORTGAGE SERVICING, INC.; POWER REO MANAGEMENT SERVICES, INC. and WELLS FARGO BANK, NATIONAL ASSOCIATION; DOES 1-50, inclusive, | |
| Defendants. | |

1

1   The Court has considered the Stipulation regarding Deadline to Complete ADR filed by
2   Plaintiff MAR Partners 1, LLC ("Plaintiff") and Defendants American Home Mortgage Servicing,
3   Inc.; Power REO Management Services, Inc.; and Wells Fargo Bank, N.A., as Trustee for Option
4   One Mortgage Loan Trust 2007-1, Asset-Backed Certificates, Series 2007-1, erroneously sued
5   herein as "Wells Fargo Bank, N.A." (collectively, "Defendants") to continue their deadline to
6   to complete ADR.
7   The request to continue the deadline to complete ADR is **Denied**.
8   **IT IS SO ORDERED.**

Dated: November 9, 2010.

**Hon. William Alsup**
United States District Judge
Northern District of California