IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAR PARTNERS 1, LLC, | No. C 10-02906 |
| Plaintiff, | [PROPOSED] ORDER RE LEAVE TO FILE SECOND AMENDED COMPLAINT AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, INC.; POWER REO MANAGEMENT SERVICES, INC; WELLS FARGO BANK, NATIONAL ASSOCIATION; DOES 1-50, inclusive, | |
| Defendants. | |
| _____/ | |

On stipulation of counsel, the parties request of the Court as follows:

1. Plaintiff is granted leave to file its Second Amended Complaint in the form and style set forth in its pending Motion therefor (Dkt. No. 34), and the Second Amended Complaint shall be filed within 5 days;

2. Defendants shall have 14 days to answer or otherwise respond to the Second Amended Complaint after it is filed;

3. The hearing on Plaintiff's Motion for Leave to Amend (Dkt. No. 34), presently set for December 9, 2010 at 8:00 a.m. in this Court is taken off calendar;

4. The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 32), presently set for December 2, 2010 at 8:00 a.m. in this Court is taken off calendar.

1

1  The Court has considered the Stipulation of the parties; the request is **GRANTED**.

2

3  **IT IS SO ORDERED.**

4

5  Dated: November 10, 2010.

   Hon. William Alsup, United States District
6  Judge, Northern District of California